**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CAMERON REED,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 20-CV-1102** |
| | : | |
| **JONATHAN HOUTON,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this **5th** day of **August, 2020**, upon consideration of Plaintiff Cameron Reed's Motion to Proceed *In Forma Pauperis* (ECF No. 2), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Clerk of Court is **DIRECTED** to correct the spelling of Defendant Jonathan Houton to reflect that the proper spelling of his last name is Houlon.

4.      The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

5.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**